Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 941-2529
E-mail: jschmitt@lernerandrowe.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELLI MEYERS, individually;<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, ex rel UNITED STATES POSTAL SERVICE; DOES DRIVER, individually, DOES COMPANIES 1 through 10 and DOES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.   2:22-CV-01819-JCM-VCF<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiff ELLI MEYERS and Defendants UNITED STATES OF AMERICA, ex rel UNITED STATES POSTAL SERVICE hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| DATED: July 5, 2023 | DATED: July 5, 2023 |
| LERNER & ROWE INJURY ATTORNEYS | UNITED STATES ATTORNEY |
| By: */s/ Joseph F. Schmitt*<br>Joseph F. Schmitt, Esq.<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | By: */s/ R. Thomas Colonna*<br>R. Thomas Colonna, Esq.<br>501 Las Vegas Blvd South, Suite 1100<br>Las Vegas, Nevada 89101<br>Attorney for Defendants |

1

1 **ORDER OF DISMISSAL**

2  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii),
3 **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH**
4 **PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's
5 own attorney's fees and costs. The Clerk is directed to close the file.

6  IT IS SO ORDERED:

8  _____
   UNITED STATES DISTRICT JUDGE

9  DATED: July 10, 2023 _____

# Karen Cormier

| | |
|---|---|
| **From:** | Colonna, Richard (USANV) <Richard.Colonna@usdoj.gov> |
| **Sent:** | Wednesday, July 5, 2023 10:40 AM |
| **To:** | Karen Cormier; Minkova, Vera (USANV); Joseph F. Schmitt |
| **Cc:** | Joan Anderson; Ashley Ramautar |
| **Subject:** | RE: Meyers -- Stip to Dismiss |

Karen,

Thanks. Gave the check to Ross about 10 minutes and he signed our receipt. You can please sign on my behalf and file the stipulation. Thanks again to everyone for working on this case.

V/r,
Tom



**R. THOMAS COLONNA**
U.S. Attorney's Office for the District of Nevada
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV  89101
702-388-6552 (direct)
Email: Richard.colonna@usdoj.gov

CONFIDENTIALITY NOTICE: This message may contain confidential information protected by the attorney-client, attorney work product, deliberative process, law enforcement sensitive information, controlled unclassified information, or other legal privilege.  Do not disseminate without prior approval of the United States Attorney's Office in the District ot Nevada.  If you have received this message by mistake, please destroy all copies, in any form, from all locations and media.

---

**From:** Karen Cormier <kcormier@lernerandrowe.com>
**Sent:** Wednesday, July 5, 2023 9:27 AM
**To:** Colonna, Richard (USANV) <RColonna@usa.doj.gov>; Minkova, Vera (USANV) <VMinkova@usa.doj.gov>; Joseph F. Schmitt <jschmitt@lernerandrowe.com>
**Cc:** Joan Anderson <janderson@lernerandrowe.com>; Ashley Ramautar <aramautar@lernerandrowe.com>
**Subject:** [EXTERNAL] RE: Meyers -- Stip to Dismiss

Please see attached.

Karen Cormier  |  Paralegal
**LERNER & ROWE INJURY ATTORNEYS**
4795 S. Durango Dr. Las Vegas, NV 89147 | Main: 702-877-1500 | Direct/Fax: 702-941-0183
kcormier@lernerandrowe.com



 Please consider the environment before printing this e-mail.
**CONFIDENTIALITY NOTE:** The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

1